UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK NELSON,
       Plaintiff,

   - against -

OFFICER BRADLEY BEAMER; BRIAN
MCMANUS; SERGEANT WALTER FREY,
and JOHN DOE,
       Defendants.
------------------------------------------------------------X

ORDER

10-CV-314 (KAM) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

   SO ORDERED.

Dated: Brooklyn, New York
    February 5, 2010

                  JAMES ORENSTEIN
                  U.S. Magistrate Judge